UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ZVI GOFFER, *et al.*,

Defendants.

No. 10 Cr. 56 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter, dated November 3, 2010, accompanying the moving papers of Defendants Zvi Goffer, Jason Goldfarb, Craig Drimal, Emanuel Goffer, and Michael Kimelman. Despite the fact that Defendants' brief *was already filed* when the Court received their letter, the letter requests "that the Court grant [them] permission to file a brief in excess of the usual page limits." As an initial matter, the Court's Individual Practices, Rule 2.B, limit memoranda of law in support of motions to 25 pages, "[u]less *prior* permission has been granted." Rule 1.D clarifies that, "[a]bsent an absolute emergency," "[r]equests for . . . extensions of page lengths in memoranda . . . shall be made by letter . . . at least 48 hours" in advance of the deadline. Defendants ignored both of these rules when filing their memorandum, which is 84 pages and, based upon the Court's initial review, needlessly long. Nevertheless, the Court will accept Defendants' brief but will not make this exception again. Defendants should review the Court's Individual Practices and follow them going forward.

If the government would like additional pages in order to respond to Defendants' very long memorandum, they should make their request in advance of filing their brief.

SO ORDERED.

Dated: November 4, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE