|     |                    |                                |        |
| --- | ------------------ | ------------------------------ | ------ |
| 1   | DATE:              | February 01, 2008              |        |
| 3   | TIME:              | 06:29 P.M.                     |        |
| 5   | WIRETAP:           | OVER **[REDACTED]**            |        |
| 7   | CALL FROM:         | JASON GOLDFARB **[REDACTED]**  |        |
| 9   | CALL TO:           | ZVI GOFFER **[REDACTED]**      |        |
| 11  | ABBREVIATIONS:     | Unintelligible                 | (UI)   |
| 12  |                    | Inaudible                      | (IA)   |
| 13  |                    | Phonetic Spelling              | (PH)   |
| 14  |                    | Simultaneous Conversation      | (SC)   |

---

ZVI GOFFER: Hello.

JASON GOLDFARB: Hey, what's up dude?

ZVI GOFFER: What's up man?

JASON GOLDFARB: What are you up to?

ZVI GOFFER: Not much. You?

JASON GOLDFARB: No, no that I spoke, I spoke to our friends and uh they said everything regarding the uh, you know, the thin one, that everything is straight on point, probably early next week.

ZVI GOFFER: Early next week? Okay.

JASON GOLDFARB: Yeah, so I just want to touch base and let you know that they called. See I spoke to them really quickly this morning and they just called me back right after I spoke with you.

ZVI GOFFER: Okay good.

JASON GOLDFARB: So um yes that's it I'm going to be off.

ZVI GOFFER: Everything is good man just getting psyched for the big game and uh that's it, you know?

JASON GOLDFARB: I hear you. I hear you. Um, all right, so (UI)

ZVI GOFFER: (UI) you wanna-

JASON GOLDFARB: What'd you say?

ZVI GOFFER: No, it should be good, you know, should be… I think Monday could be a good day. I think Monday morn I can walk into a couple of good ones. So we'll see.

JASON GOLDFARB: Let's hope.

| | | |
|---|---|---|
| ZVI GOFFER: | | Yeah, I'm hoping. And I told you I'm gonna, I'm gonna give you guys… |
| JASON GOLDFARB: | | Yeah, that's awesome. |
| ZVI GOFFER: | | Yeah. |
| JASON GOLDFARB: | | The other one could end up being a big one, you know? |
| ZVI GOFFER: | | Dude, the other one will be… if, if, if the other one happens it might be the big, it's going to be one of the biggest… It'll be, it'll be I think it could be almost the same size as the first one. |
| JASON GOLDFARB: | | That's fucking awesome. |
| ZVI GOFFER: | | It (UI) I mean look again I'm just specu… That's just my speculation. I don't know where, where it would go, you know? But if I'm right then it, you know, it, it, it would be, it could be a big one. (UI) it would be good. It would be, it would be a good thing. |
| JASON GOLDFARB: | | All right, dude. Let's hope. Let's hope. Fingers crossed brother. |
| ZVI GOFFER: | | Yeah, just yo, look like, like you know that was a, you know a great catch by him. It means guy keeping his ears wide open, it's perfect. |
| JASON GOLDFARB: | | Dude. Wide fucking open. |
| ZVI GOFFER: | | Wide open. You know now, now we're (UI) |
| JASON GOLDFARB: | | (UI) that was my thing too, dude. That was me talking, that's me drilling it into them. |
| ZVI GOFFER: | | Good. I know, I know that. |
| JASON GOLDFARB: | | Dude, the last one, the last one was the same thing. The last one would have never happened if I don't press them and drill them every single time and they don't know just to keep their fucking ears open, you know? |
| ZVI GOFFER: | | You know what though this one weird because this one just it was a slip of the tongue. |
| JASON GOLDFARB: | | I know. No. It's fucking great cause there's no, there's… It's like a free roll, you know? |
| ZVI GOFFER: | | Exactly. You can try, you can try to link me with that one forever. There's no way to do anything close to it, you know, it's beautiful. So we'll stick to it. |
| JASON GOLDFARB: | | (IA) |
| ZVI GOFFER: | | Let, let it happen, I mean it acted, today it acted like you know, it acted today like in a way that only stocks that are going away act. You know you got one guy just sitting on the bid never leaving. He just sat there the whole day. |

| | | |
|---|---|---|
| 1 | | |
| 2 | JASON GOLDFARB: | Yeah. And also, and also fucking uh you know the closer we get to these things the more we (UI) you know that's what they always said. |
| 5 | ZVI GOFFER: | Oh yeah no that's exactly right and uh you know look I again I, I wish that you know if, if they were doing it, you know, we would know better we'd probably have four, four times the positions. |
| 9 | JASON GOLDFARB: | Yeah, (UI) listen (UI) straight up. |
| 11 | ZVI GOFFER: | What? |
| 13 | JASON GOLDFARB: | They tell you straight up what the deal is so that you know like how bad (IA) |
| 16 | ZVI GOFFER: | (IA) Look, you know, you know, we can make a lot of money; we already have made a lot of money together. We can make a lot more money- |
| 19 | JASON GOLDFARB: | Ah, no, dude. |
| 21 | ZVI GOFFER: | We can make a lot more money. |
| 23 | JASON GOLDFARB: | (UI) millions (UI) |
| 25 | ZVI GOFFER: | What? |
| 27 | JASON GOLDFARB: | I said we're talking millions if that shit happens. |
| 29 | ZVI GOFFER: | Oh yeah, easily. We should, we should- |
| 31 | JASON GOLDFARB: | We should… Every one of us should be set for life within a year or two if things are played right. |
| 34 | ZVI GOFFER: | If, if, if… Right, if there are big deals out there then absolutely right. |
| 36 | JASON GOLDFARB: | Dude we should never I mean we could work it through whatever, but we should never have to worry again. |
| 39 | ZVI GOFFER: | I, I, I, I don't see that if, if deals come back and things get active, you know, you know low balling, I don't see why, you know, we each, I mean each of you guys, you know, should take between two hundred fifty and five hundred cash, minimum, that's the low ball. You know and that's the low, low, low-ball number. |
| 45 | JASON GOLDFARB: | Yeah, when it's going to be like the other one where you can move all fucking in and we all make millions on one, you know? |
| 48 | ZVI GOFFER: | That's, you know what, that's the one I'm waiting for because that will happen. |
| 51 | JASON GOLDFARB: | (UI) |
| 53 | ZVI GOFFER: | It would happen last year if, if, if, if we had started this a year earlier- |

| | | |
|---|---|---|
| 1 | JASON GOLDFARB: | We'd all be millionaires. |
| 3 | ZVI GOFFER: | Yeah. Cause it would have happened. Jeez. It would have happened last year three times. |
| 6 | JASON GOLDFARB: | I know. |
| 8 | ZVI GOFFER: | You know so um so you know we'll see uh we'll see what happens. Let's go, my dinner just got here, you mind if I go. I'll talk to you later? |
| 11 | JASON GOLDFARB: | No, no, no problem (UI). You just got to give me a call like tomorrow with the new numbers. (UI) |
| 14 | ZVI GOFFER: | Okay, I'll, I'll call yeah, I'll call yeah tomorrow with the new numbers absolutely. I have them right here. I'll call yeah tomorrow with the new numbers. |
| 18 | JASON GOLDFARB: | Yeah, yeah (UI) brother, enjoy dinner, later. |
| 20 | ZVI GOFFER: | All right, thanks man, bye. |
| 22 | [End of Recording] | |