| | | |
|---|---|---|
| 1 | DATE: | December 30, 2007 |
| 2 | | |
| 3 | TIME: | 02:00 P.M. |
| 4 | | |
| 5 | WIRETAP: | OVER [REDACTED] |
| 6 | | |
| 7 | CALL FROM: | JASON GOLDFARB [REDACTED] |
| 8 | | |
| 9 | CALL TO: | ZVI GOFFER [REDACTED] |
| 10 | | |
| 11 | KEY: | Unintelligible:           UI |
| 12 | | Inaudible:                  IA |
| 13 | | Phonetic Spelling:    PH |
| 14 | | Voice Overlap:         // |

17  ZVI GOFFER:        (UI)

19  JASON GOLDFARB:   Hey, what's up man.

21  ZVI GOFFER:        What's up man. How is it going?

23  JASON GOLDFARB:   Good.  What have you been up to?

25  ZVI GOFFER:        Ah-nothing,  just, ah, I was able to get ahh… I held my company
26                     hostage. I told them that based on my…

28  JASON GOLDFARB:   Dude, you're staying there but they're giving you even more
29                     money?

31  ZVI GOFFER:        Well, here's, here's… I'm gonna, I'm gonna give you like, the
32                     inside information,

34  JASON GOLDFARB:   Alright..

36  ZVI GOFFER:        No one on Wall Street knows except for my brother. I'm in
37                     negotiations with a place, but, ahm.. basically what that does it
38                     gives me the freedom to really, like, push my current place to say I
39                     want "x" and if you don't give it to me, I'll go somewhere else.

41  JASON GOLDFARB:   Okay.

43  ZVI GOFFER:        They've already agreed to give me, to double my size.

| | | |
|---|---|---|
| 2 | JASON GOLDFARB: | Double it? |
| 4 | ZVI GOFFER: | Double. |
| 6 | JASON GOLDFARB: | Just off the top of your head, that means that right away, basically what we did could be tripled basically, because, you didn't even, on the main one you didn't even go huge, you know what I mean? |
| 10 | ZVI GOFFER: | Ah, dude. |
| 12 | JASON GOLDFARB: | (UI) |
| 14 | ZVI GOFFER: | Put it this way, if we get the right one, what we made on the main one, more than tripled, it could be quadrupled, cause I didn't even play it big, I played it small. |
| 18 | JASON GOLDFARB: | Dude I know, but it was obvious, cause it's not only those, (UI) now we know, it's not only those, it's.. |
| 21 | ZVI GOFFER: | Yeah, yeah, yeah. |
| 23 | JASON GOLDFARB: | The ones we knew about and knew everything that was happening that we just couldn't but it came out that everything was true, you know what I mean? |
| 27 | ZVI GOFFER: | Yeah, yeah. But, I'm in talks with another place, and you know, (UI) what happens is I have to show my, my P, my P&L runs, which is my profit and loss, I have to show it for the entire year, so because Monday is December 31st, once Monday is over I'm going to print out my whole P&L year, and what the guy told me is, he said that if what I'm, if all, he said to me straight out that if the numbers I told him are 100% true, which they are to the penny, then he goes, then he's going to make me an offer, too. And this is a bigger player, a bigger player than where I'm at so I might have three times as much money as I had last year. |
| 38 | JASON GOLDFARB: | Dude, awesome. |
| 40 | ZVI GOFFER: | But, but minimum double. I was going to tell you, like, after the new year but I got the news yesterday at night and I'm like, you know what, fuck it, I've got to tell the people that it matters to the most. Me and you. |

| | | |
|---|---|---|
| 1 | | |
| 2 | JASON GOLDFARB: | No like, dude, that's fucking, we're going to make a fucking |
| 3 | | fortune this year dude. |
| 4 | | |
| 5 | ZVI GOFFER: | Forget it man. And you know what… |
| 6 | | |
| 7 | JASON GOLDFARB: | Every day I just keep, every day there's one of those little blurbs in |
| 8 | | the paper about how names that we know have raised a new thing |
| 9 | | for the this year in the fucking billions. |
| 10 | | |
| 11 | ZVI GOFFER: | If they get this credit thing straightened out, it's over man. It's going |
| 12 | | to be over, seriously. It's going to be stupid, it's going to get to a |
| 13 | | point where it becomes ridiculous. But, you know, it's good, |
| 14 | | because like I was saying, you know, I had a really good year and |
| 15 | | I'm like these fuckers, they better give me more money. And they |
| 16 | | had their meeting and said, ok, we'll give you double what you |
| 17 | | have now and so but they also could have heard that I was |
| 18 | | negotiating with other people. On Wall Street if you're not at the |
| 19 | | top place, whenever you do good, you draw interest from other |
| 20 | | people. So what happened is, they must figure that I am talking to |
| 21 | | somebody, because to make such a demand is kind of crazy. |
| 22 | | |
| 23 | JASON GOLDFARB: | Do you get any salary at all or no? |
| 24 | | |
| 25 | ZVI GOFFER: | No, no salary. |
| 26 | | |
| 27 | JASON GOLDFARB: | No salary at all, right, that's what I figured. |
| 28 | | |
| 29 | ZVI GOFFER: | Who the hell wants a salary, man? |
| 30 | | |
| 31 | JASON GOLDFARB: | (UI) I'm just saying. I was just curious. |
| 32 | | |
| 33 | ZVI GOFFER: | (UI) The people that don't have good connections and don't have |
| 34 | | like the talent, they prefer a salary. For me, I don't want a salary. |
| 35 | | |
| 36 | JASON GOLDFARB: | I'm with you a thousand percent |
| 37 | | |
| 38 | ZVI GOFFER: | I mean, cause, on Wall Street the salaries, even at, you know, |
| 39 | | where Chiarulli works, for Stevie Cohen. |
| 40 | | |
| 41 | JASON GOLDFARB: | Yeah, they don't make that much. |
| 42 | | |
| 43 | ZVI GOFFER: | The salary that they make is a hundred grand, that's nothing. |

| | | |
|---|---|---|
| 1 | | |
| 2 | JASON GOLDFARB: | It's a joke. |
| 3 | | |
| 4 | ZVI GOFFER: | You know, on the right, on the right call you can make three million, fuck a hundred grand. It's good, so I wanted to let you know with that. |
| 8 | JASON GOLDFARB: | That awesome, dude we're going to make a fortune this year, man. |
| 10 | ZVI GOFFER: | Yeah, this is gonna be, '08 is going to be a big year, I have a good feeling about it. |
| 13 | JASON GOLDFARB: | How does the year start out, with these things do they just jump right in or? |
| 16 | ZVI GOFFER: | Which one? |
| 18 | JASON GOLDFARB: | With this type of stuff that we do? I mean, like does it usually just jump right in and all of a sudden everyone says, "It's a new year, let's do this?" |
| 22 | ZVI GOFFER: | What do you mean? |
| 24 | JASON GOLDFARB: | Like usually do they wait a little for the year to settle into it, or what's usually the..? |
| 27 | ZVI GOFFER: | Oh, no-there's no- every corporation is different, what a lot of people would've liked to have done , I guess this year was get it done by year end, and- but with the credit things going crazy you might have had a lot of deals pushed to February, or March or even January. There were a couple of deals, they weren't private, but there were a couple of deals a couple weeks ago, like American Standard, the bathroom people they got bought. |
| 35 | JASON GOLDFARB: | Ok. |
| 37 | ZVI GOFFER: | You could have them at any time. All you need is the credit situation to stabilize. You saw how much money these guys were raising, these guys were raising a fortune and they have to, too. Some of these private guys, like Blackstone, they, you know, they're public now. They have to bring in big returns. You only bring in big returns by buying big people so it should be, '08 should be a nice year, man. |

| | | |
|---|---|---|
| 1 | | |
| 2 | JASON GOLDFARB: | Sounds good to me dude. |
| 3 | | |
| 4 | ZVI GOFFER: | Yeah. How are our friends? They're doing okay? They're okay with |
| 5 | | everything? |
| 6 | | |
| 7 | JASON GOLDFARB: | Yeah everything's good. I was supposed to get together with them |
| 8 | | last week But it just didn't happen.. We're going to get together this |
| 9 | | week probably coming up. |
| 10 | | |
| 11 | ZVI GOFFER: | Okay |
| 12 | | |
| 13 | JASON GOLDFARB: | Talk.  But nothing is going on. I spoke to them (UI) |
| 14 | | |
| 15 | ZVI GOFFER: | Wall Street, like, the last two weeks of the year is completely dead. |
| 16 | | It's totally-No one is going to make a deal around Christmas time |
| 17 | | you know. Cause you need the lawyers, you need the bankers no |
| 18 | | one wants to work on those times..... |
| 19 | | |
| 20 | JASON GOLDFARB: | They weren't even..They were out of work, you know, 3 o'clock |
| 21 | | every  fuckin' day. |
| 22 | | |
| 23 | ZVI GOFFER: | Half the days the last couple of weeks all I've been is trying to |
| 24 | | secure money, I haven't even been trading. |
| 25 | | |
| 26 | JASON GOLDFARB: | I'm at the point now that I've been filtering in little by little so now |
| 27 | | I'm at the point where, fucking, I need to refill dude. I need another |
| 28 | | one, I got to refill. |
| 29 | | |
| 30 | ZVI GOFFER: | Yeah but you know here's the thing, if we get another one like the |
| 31 | | first one, alright, it's going to be, the payday is going to be three |
| 32 | | times what it was. |
| 33 | | |
| 34 | JASON GOLDFARB: | They keep saying that there's going to be another one even better |
| 35 | | than that. That they end up not fuckin' doing, and they come in on |
| 36 | | a fuckin' Monday and say, yeah, by next Wednesday this will be |
| 37 | | done. |
| 38 | | |
| 39 | ZVI GOFFER: | Yeah. |
| 40 | | |
| 41 | JASON GOLDFARB: | You know what I mean? That's the one, he's like, dude, that's |
| 42 | | going to be the fucking best. That is what he said. |
| 43 | | |

| | | |
|---|---|---|
| 1 | ZVI GOFFER: | I'll tell you something. If I can secure, I've already got a bigger game to play, you know, I've got twice the money. But if I can secure this other person, right, then, it would be. You know, I'm not even going to tickle you that way, because it's not fair, but it's going to be obscene. I mean literally, you know, it could be 500 in a bag. |
| 8 | JASON GOLDFARB: | What's that movie I'm thinking of, dude, what movie, I'm like ah, I'm thinking of Pretty Woman, when he's in a store and he's like how much are we talking? He goes are we talking about offensive or, really, really, really obscene. |
| 13 | ZVI GOFFER: | That's what it's going to be like. I'm not kidding you. There's no joking about it, I'm being dead serious. (UI) Literally, I have to. Monday is going to end, and it's going to be New Years. The market is back open Wednesday. Wednesday morning I'm not even going to go to work, I'm going to go to this guy, and I'm going to lay out my whole year's P&L and this is what I did, what are you going to offer me, you know, and we'll see what happens. |
| 21 | JASON GOLDFARB: | That's awesome. |
| 23 | ZVI GOFFER: | Yeah, yeah, it's great. I mean, it's ah, you know, partly thanks to you, it is, I'm not going to lie. |
| 26 | JASON GOLDFARB: | 1000 percent. |
| 28 | ZVI GOFFER: | (UI) You know what it is. Really, ideally, would be like, this year, like, we kill it and then, like, we just take a hiatus for a while, you know. |
| 32 | JASON GOLDFARB: | For a little while yeah. |
| 34 | ZVI GOFFER: | The way I figure, judging by the way they were able to produce, in the slowest of slow times, I figure if the year is normal, if Wall Street is just normal, then we'll have, we'll have our pick of between like 10 and 20 of them and we'll probably do like 10 or something like that. |
| 40 | JASON GOLDFARB: | That will be fuckin sick man. |
| 42 | ZVI GOFFER: | Well, look, we had four, we had two in the last three months of the year. There were like four deals total. And if the money loosens up. |

| | | |
|---|---|---|
| 1 | | |
| 2 | JASON GOLDFARB: | And a lot of the other shit was still fucking right on point, the |
| 3 | | beverage one, you know what I mean- |
| 4 | | |
| 5 | ZVI GOFFER: | Yeah |
| 6 | | |
| 7 | JASON GOLDFARB: | the medical one. |
| 8 | | |
| 9 | ZVI GOFFER: | Oh man, I'm not even worried one bit, there's going to be so many |
| 10 | | and, you know. Look, we just got to look forward now. '07, It was |
| 11 | | a great friendship to end the year, everyone did well but next year |
| 12 | | is going to be stupid. |
| 13 | | |
| 14 | JASON GOLDFARB: | I know Next year is going to be the year. |
| 15 | | |
| 16 | ZVI GOFFER: | Yeah. |
| 17 | | |
| 18 | JASON GOLDFARB: | I know, I feel the same way. |
| 19 | | |
| 20 | ZVI GOFFER: | Alright, man I just wanted to say happy New Year, and |
| 21 | | |
| 22 | JASON GOLDFARB: | Alright, dude. |
| 23 | | |
| 24 | ZVI GOFFER: | Let's get together in the new year and lets… |
| 25 | | |
| 26 | JASON GOLDFARB: | (UI) definitely, definitely, definitely … |
| 27 | | |
| 28 | ZVI GOFFER: | Alright beautiful |
| 29 | | |
| 30 | JASON GOLDFARB: | definitely, bro…Alright man |
| 31 | | |
| 32 | ZVI GOFFER: | Alright take care  Jay. |
| 33 | | |
| 34 | JASON GOLDFARB: | Take care bro.. |
| 35 | | |
| 36 | ZVI GOFFER: | Bye |
| 37 | | |
| 38 | JASON GOLDFARB: | Bye. |