**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 2 SEP 2011

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

Caption:

United States of America
v.
Jason Goldfarb

Docket No.: 10-CR-56-05
Hon. Richard Sullivan
(District Court Judge)

Notice is hereby given that ___Jason Goldfarb___ appeals to the United States Court of
Appeals for the Second Circuit from the judgment ___, other | and order of forfeiture
(specify)
entered in this action on __8/19/11__.
(date)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | ✓ | Other | ✓ | order of
Defendant found guilty by plea | ✓ | trial | | N/A | .                                            forfeiture
Offense occurred after November 1, 1987? Yes | ✓ | No | ___ | N/A | ___
Date of sentence: __8/19/11__ N/A | __|
Bail/Jail Disposition: Committed | ✓ | Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Michael L. Soshnick, Esq.

Counsel's Address: 190 Willis Avenue, Suite 112
Mineola, NY 11501

Counsel's Phone: 516 294-1111

Assistant U.S. Attorney: Richard Tarlowe, Esq.

AUSA's Address: 1 Saint Andrew's Plaza
New York, NY 10007

AUSA's Phone: 212 637-2330

Michael L. Soshnick
Signature