CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

TO BE COMPLETED BY ATTORNEY:

CASE NAME: USA v. Jason Goldfarb       v.

DOCKET NUMBER: 10-CR-56-03

COUNSEL'S NAME: Michael L. Soshnick, Esq.

COUNSEL'S ADDRESS: 190 Willis Avenue, Suite 112
Mineola NY 11501

COUNSEL'S PHONE: 516-294-1111

[U.S. DISTRICT COURT FILED OCT 11 2011 S.D. OF N.Y.]

QUESTIONNAIRE

[ ] I am ordering a transcript.
[X] I am not ordering a transcript.   Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
                                              [X] Other (attach explanation)  Already Acquired

TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____ (Description & Dates)

[ ] Trial: _____ (Description & Dates)

[ ] Sentencing: _____ (Description & Dates)

[ ] Post-trial proceedings: _____ (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds   [ ] CJA Form 24

_____ Counsel's Signature        Date: 10/11/11

TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:

ACKNOWLEDGMENT

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____ Court Reporter's Signature        Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0212080-IN |
| INVOICE DATE | 09/22/2011 |
| CUSTOMER NO. | 1022823 |
| WORK ORDER NO. | 112825 |
| SALESPERSON | Adrian Sharper |

Law Office of Joseph A Romano
420 Lexington Ave
Suite 1653
New York, NY  10170

Attention: Joseph A Romano

---

Job Date     U.S. V GOFFER, ET AL, ZVI
             CASE NO. 10CR00056

| Date | Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/19/2011 | Copy | 95 | PGES | At | 0.900 | 85.50 |

```
SALE
SOUTHERN DISTRICT RPTR
500 PEARL STREET - RM. 330
NEW YORK, NY 10070000          DATE: 09/23/11
TID: 000013683O
TIME: 10:47 AM
MERCHANT #: 520311311889
VISA
US XXXXXXXXXXXX4614 (KEYED)
INVOICE: 000066001      <NONE>
SALES TAX:
APPROVAL CODE: 023571
SEQ: 001
AVS: NN
TOTAL AMOUNT          $85.50
                CUSTOMER COPY
```

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 85.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **85.50** |

```
                                                                    1
     18J6GULS
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   UNITED STATES OF AMERICA,
 4              v.                           10 CR 56(RJS)
 5   JASON GOLDFARB,
 6                  Defendant.
 7   ------------------------------x
 8                                           New York, N.Y.
                                             August 19, 2011
 9                                           10:00 a.m.
10   Before:
11              HON. RICHARD J. SULLIVAN,
12                                           District Judge
13
                         APPEARANCES
14   PREET BHARARA
15        United States Attorney for the
          Southern District of New York
16   RICHARD C. TARLOWE
          Assistant United States Attorney
17
     MICHAEL L. SOSHNICK
18        Attorney for Defendant
19
20
21
22
23
24
25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```