UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GOLDFARB,

                              Petitioner,

        -v-

UNITED STATES OF AMERICA,

                              Respondent.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-2015
```

No. 15-cv-959 (RJS)
10-cr-56-3 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of Petitioner's writ of error *coram nobis* (Doc. No. 1) and the
government's answer (Doc. No. 4).  Now before the Court is Petitioner's request to file a reply.
(Doc. No. 5.)  The Court notes that it had previously granted Petitioner leave to reply to the
government's submission "within thirty days from the date he is served with Respondent's
answer."  (Doc. No. 3.)  Accordingly, IT IS HEREBY ORDERED THAT Petitioner may file a
reply by June 1, 2015.

SO ORDERED.

Dated:        May 6, 2015
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE